CLOSED, HABEAS, PROSE–PR, TYPE–G

# U.S. District Court
# District of Columbia (Washington, DC)
# CIVIL DOCKET FOR CASE #: 1:10−cv−00178−UNA

JOHNSON v. STANSBERRY  
Assigned to: Unassigned  
Case in other court:  USCA, 10−05346  
Cause: 28:2241 Petition for Writ of Habeas Corpus (federa

Date Filed: 01/29/2010  
Date Terminated: 01/29/2010  
Jury Demand: None  
Nature of Suit: 530 Habeas Corpus (General)  
Jurisdiction: U.S. Government Defendant

**Petitioner**

**DUANE JOSEPH JOHNSON**            represented by   **DUANE JOSEPH JOHNSON**  
R09202−007  
PETERSBURG MEDIUM  
FEDERAL CORRECTIONAL  
INSTITUTION  
Inmate Mail/Parcels  
P.O. BOX 1000  
PETERSBURG, VA 23804  
PRO SE

V.

**Respondent**

**E. D. WILSON**  
*Warden*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 01/29/2010 | 1 | | PETITION for Writ of Habeas Corpus (Filing fee $ 0.00.) filed by DUANE J. JOHNSON. (Attachments: # 1 Civil Cover Sheet)(md, ) (Entered: 02/01/2010) |
| 01/29/2010 | 2 | | MOTION for Leave to Proceed in forma pauperis by DUANE J. JOHNSON (md, ) (Entered: 02/01/2010) |
| 01/29/2010 | 3 | | MEMORANDUM OPINION Signed by Judge Colleen Kollar−Kotelly on 1/24/2010. (md, ) (Entered: 02/01/2010) |
| 01/29/2010 | 4 | | ORDER DISMISSING PRO SE CASE WITHOUT PREJUDICE. Ordeded that petitioner's application to proceed in forma pauepris is granted. This is a final appealable order. Signed by Judge Colleen Kollar−Kotelly on 1/24/2010. (md, ) (Entered: 02/01/2010) |
| 02/17/2010 | 5 | | MOTION to Amend/Correct 3 Memorandum &Opinion, 4 Order Dismissing Pro Se Case by DUANE J. JOHNSON (td, ) Modified on 10/12/2010 (jeb, ). (Entered: 02/23/2010) |

| | | | |
|---|---|---|---|
| 06/10/2010 | 6 | | SUPPLEMENTAL MEMORANDUM to re 5 MOTION to Amend/Correct 3 Memorandum &Opinion, 4 Order Dismissing Pro Se Case filed by DUANE J. JOHNSON. (td, ) (Entered: 06/11/2010) |
| 09/20/2010 | 7 | | PETITION for certificate of Appealability by DUANE J. JOHNSON (mmh) (Entered: 09/20/2010) |
| 10/04/2010 | 8 | | REVERSED IN PART by USCA ORDER DATED 5/11/11.....ORDER denying 5 Motion to Amend/Correct; denying 7 Motion for Certificate of Appealability. Signed by Judge Ricardo M. Urbina on 9/28/2010. (ls, ) Modified on 5/12/2011 (smm). (Entered: 10/04/2010) |
| 10/15/2010 | 9 | | NOTICE OF APPEAL as to 8 Order on Motion to Amend/Correct, Order on Motion for Certificate of Appealability, 4 Order Dismissing Pro Se Case by DUANE J. JOHNSON. Fee Status: No Fee Paid. Parties have been notified. (kb) (Entered: 10/18/2010) |
| 10/18/2010 | 10 | | Transmission of the Notice of Appeal, Order Appealed, and Docket Sheet to US Court of Appeals. The Fee remains to be paid and another notice will be transmitted when the fee has been paid in the District Court re 9 Notice of Appeal. (kb) (Entered: 10/18/2010) |
| 10/19/2010 | | | USCA Case Number 10−5346 for 9 Notice of Appeal filed by DUANE J. JOHNSON. (mmh) (Entered: 10/20/2010) |
| 10/19/2010 | 11 | | ORDER of USCA as to 9 Notice of Appeal filed by DUANE J. JOHNSON ; ORDERED, on the court's own motion, that by November 18, 2010, appellant either pay the $455.00 appellate docketing and filing fees to the Clerk of the District Court or file a motion in district court for leave to proceed on appeal in forma pauperis, and submit to this court a completed Consent to Collection of fees and Prisoner Trust Account Report. USCA Case Number 10−5346. (mmh) (Entered: 10/20/2010) |
| 10/25/2010 | 12 | | Amended NOTICE OF APPEAL by DUANE J. JOHNSON. (Attachments: # 1 Exhibit IFP)(mmh) (Entered: 10/27/2010) |
| 10/25/2010 | 14 | | MOTION for Leave to Appeal in forma pauperis by DUANE J. JOHNSON. (mmh, ) (Entered: 10/28/2010) |
| 10/27/2010 | 13 | | Transmission of the Amended Notice of Appeal, Order Appealed, and Docket Sheet to US Court of Appeals. The Fee was not paid because it was filed In Forma Pauperis re 12 Amended Notice of Appeal. (mmh) (Entered: 10/27/2010) |
| 10/28/2010 | 15 | | Supplemental Record on Appeal transmitted to US Court of Appeals re 14 MOTION for Leave to Appeal in forma pauperis, 12 Amended Notice of Appeal ; (mmh, ) (Entered: 10/28/2010) |
| 11/03/2010 | 16 | | ORDER of USCA as to 9 Notice of Appeal filed by DUANE J. JOHNSON ; USCA Case Number 10−5346. ORDERED, on the |

| | | | |
|---|---|---|---|
| | | | court's own motion, that this case be held in abeyance pending the district court's resolution of appellant's motion for leave to proceed on appeal in forma pauperis. (kb) (Entered: 11/04/2010) |
| 11/15/2010 | 17 | | PRISONER TRUST FUND ACCOUNT STATEMENT for period of six months by DUANE J. JOHNSON (ls, ) (Entered: 11/22/2010) |
| 11/22/2010 | 18 | | ORDER granting 14 Motion for Leave to Appeal in forma pauperis. Signed by Judge Rosemary M. Collyer on 11/22/2010. (ls, ) (Entered: 11/22/2010) |
| 11/22/2010 | 19 | | Supplemental Record on Appeal transmitted to US Court of Appeals (ls, ) (Entered: 11/22/2010) |
| 11/22/2010 | 20 | | MOTION for the Appoinment of Appellant Counsel by DUANE J. JOHNSON (ls, ) (Entered: 12/08/2010) |
| 12/08/2010 | 21 | | ORDER denying 20 Motion for Appoinment of Appellant Counsel. Signed by Judge Richard W. Roberts on 12/3/2010. (ls, ) (Entered: 12/08/2010) |
| 05/11/2011 | 22 | | ORDER of USCA (certified copy) as to 9 Notice of Appeal filed by DUANE JOSEPH JOHNSON ; USCA Case Number 10−5346. ORDERED that the motion for a certificate of appealability be denied in part and the motion to dismiss be granted in part. FURTHER ORDERED, on the court's own motion, that the judgment of the district court be reversed in part to the extent it dismissed appellant's claim of ineffective assistance of appellate counsel in appellant's direct appeal. The case is remanded to the district court to address the merits component of the certificate of appealability on that claim. (smm) (Entered: 05/12/2011) |
| 05/23/2011 | 24 | | MEMORANDUM of Points and Authorities in Support of Petition for Writ of Habeas Corpus by DUANE JOSEPH JOHNSON. (ls, ) (Entered: 06/06/2011) |
| 05/25/2011 | 25 | | VERIFIED AMENDED PETITION for Writ of Habeas Corpus, Memorandum of Points and Authorities filed by DUANE JOSEPH JOHNSON.(ls, ) (Entered: 06/06/2011) |
| 06/06/2011 | 23 | | ORDERED that within 30 days of this Order, petitioner shall file a complete copy of the supporting Memorandum to permit a full review of his claim. If petitioner does not provide the document within the time provided, the Court will consider the remanded issue in light of the Habeas petition and the Petition for Certificate of Appealability [Dkt. 7]. Signed by Judge Richard J. Leon on 6/1/2011. (ls, ) (Entered: 06/06/2011) |
| 06/06/2011 | | | MINUTE ORDER: In light of the Petitioner's recent filing of an amended habeas petition, including a complete copy of his supporting memorandum of points and authorities, it is ORDERED that the Order directing Petitioner to supplement the record [Dkt. # 23] is VACATED. SO ORDERED. Issued by Judge Richard J. Leon (as motions judge)on 6/6/11.(ah) (Entered: |

|            |    |   |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                             |
|------------|----|---|----|
|            |    |   | 06/06/2011) |
| 06/06/2011 | 26 |   | MOTION for Order Directing the Respondent or the United States to Produce Transcripts by DUANE JOSEPH JOHNSON (ls, ) (Entered: 06/10/2011) |
| 06/06/2011 | 27 |   | MOTION for Order Directing Respondent to Show Cause by DUANE JOSEPH JOHNSON (ls, ) (Entered: 06/10/2011) |
| 06/06/2011 | 28 |   | MOTION for Substitution of Parties by DUANE JOSEPH JOHNSON (ls, ) (Entered: 06/10/2011) |
| 06/06/2011 | 29 |   | Petition for Certification of Record by DUANE JOSEPH JOHNSON (ls, ) (Entered: 06/10/2011) |
| 06/30/2011 | 30 | 5 | ORDERED that a certificate of appealability is issued. The Clerk is directed to transmit this order promptly to the appellante court;It is further ordered that petitioner's MOTION to Substitute his current warden, E. D. Wilson as the Respondent 28 is GRANTED; It is further ordered that petitioner's motion for the Clerk to "certify" receipt of his Memorandum of Points &Authorities and his Verified Amended Petition for Writ of Habeas Corpus, Memorandum of Points &Authorities 25 is DENIED. The Clerk is directed to include with petitioner's copy of this Order a copy of the docket sheet; and it is further ordered that petitioner's motion for transcripts of his criminal proceedings 26 and his motion for an order directing respondents to show cause 27 are DENIED without prejudice as premature. Signed by Judge Richard J. Leon on 6/28/2011. (ls, ) (Entered: 07/06/2011) |

FILED
JUN 3 0 2011
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Duane Joseph Johnson, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v.  ) | Civil Action No. 10-0178 (UNA) |
| ) | |
| Patricia Stansberry, ) | |
| ) | |
| Respondent. ) | |

### MEMORANDUM OPINION AND ORDER

This action seeking a writ of habeas corpus is before the Court on remand from the United States Court of Appeals for the District of Columbia Circuit for this Court "to address the merits component of the certificate of appealability question" on petitioner's claim of ineffective assistance of appellate counsel ("IAAC") on direct appeal. App. No. 10-5346, Order (May 11, 2011) (citing *Williams v. Martinez*, 586 F.3d 995 (D.C. Cir. 2009))

A certificate of appealability may issue if the petitioner "has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). A "substantial showing" includes "showing that reasonable jurists could debate whether . . . the petition should have been resolved in a different manner or that the issues presented were 'adequate to deserve encouragement to proceed further.' " *Slack v. McDaniel*, ___ U.S. ___, 120 S. Ct. 1595, 1603-04 (2000) (quoting *Barefoot v. Estelle*, 463 U.S. 880, 893 n.4 (1983)). Petitioner asserts that both his trial and appellate counsel had previously represented a government witness who testified against him at his criminal trial. He argues that this alleged conflict of interest prevented appellate counsel from raising arguments on direct appeal about the ineffectiveness of trial counsel and about his

illegally imposed sentence. *See* Mem. of P. & A. in Supp. of Pet. for Writ of Habeas Corpus [Dkt. # 24] at 10 ¶ a, 13 ¶¶ o, p. Petitioner asserts that had appellate counsel raised such arguments, his convictions would have been reversed. *Id.* at 15. The Court cannot conclude without further development of the record that petitioner has not made a substantial showing of the denial of a constitutional right. It therefore will issue a certificate of appealability with the anticipation that the appellate court may remand the case for further proceedings on the surviving IAAC claim.[1] Accordingly, it is

ORDERED that a certificate of appealability is issued. The Clerk is directed to transmit this order promptly to the appellate court; it is further

ORDERED that petitioner's motion to substitute his current warden, E.D. Wilson, as the Respondent [Dkt. # 28] is GRANTED; it is further

ORDERED that petitioner's motion for the Clerk to "certify" receipt of his Memorandum of Points & Authorities and his Verified Amended Petition for Writ of Habeas Corpus, Memorandum of Points & Authorities [Dkt. # 29] is DENIED. The Clerk is directed to include with petitioner's copy of this order a copy of the docket sheet; and it is further

ORDERED that petitioner's motion for transcripts of his criminal proceedings [Dkt. # 26] and his motion for an order directing respondents to show cause [Dkt. 27] are DENIED without prejudice as premature.

_____
United States District Judge

June 28, 2011

---

[1] The initial dismissal of this action occurred prior to assignment to a district judge and notice to the government. The appellate court affirmed the dismissal of all of petitioner's claims "not related to the ineffective assistance of appellate counsel in appellant's direct appeal." App. No. 10-5346, Order (May 11, 2011).