**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**DUANE JOSEPH JOHNSON,**

          **Petitioner,**

     **v.**

**E.D. WILSON,**

          **Respondent.**

**Civ. No. 10-178 (ABJ/GMH)**

**NOTICE OF WITHDRAWAL OF APPEARANCE**

PLEASE TAKE NOTICE that Ross Weingarten hereby withdraws his appearance as counsel for Petitioner Duane Joseph Johnson in the above-referenced case.  Mr. Weingarten is leaving the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP on January 19, 2018. Petitioner will continue to be represented by Alex Young K. Oh and Michelle Parikh in this proceeding.

Dated:   Washington, D.C.
          January 17, 2018

                                       PAUL, WEISS, RIFKIND, WHARTON &
                                       GARRISON LLP

                                       By:     /s/ Ross Weingarten
                                              Ross Weingarten

                                       Alex Young K. Oh (D.C. Bar No. 499955)
                                       Michelle Parikh (D.C. Bar No. 1044532)
                                       Ross Weingarten (D.C. Bar No. 197997)
                                       2001 K Street NW
                                       Washington, D.C. 20006-1047
                                       Tel.:  (202) 223-7300
                                       rweingarten@paulweiss.com

                                       *Attorneys for Petitioner Duane Joseph Johnson*