UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DUANE JOSEPH JOHNSON,

    Petitioner,

        v.

E.D. WILSON,

    Respondent.

Civil Action No. 10-178 (JEB)

# ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Court ORDERS that:

1. The Report and Recommendation filed by Magistrate Judge G. Michael Harvey is ADOPTED; and, consequently,

2. Petitioner's Third Verified Amended [42] Petition for Writ of Habeas Corpus is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

/s/ James E. Boasberg
JAMES E. BOASBERG
United States District Judge

Date: October 25, 2018